Form a0ostyco

# UNITED STATES BANKRUPTCY COURT
## Southern District of Ohio
### 170 North High Street
### Columbus, OH 43215−2414

| | |
|---|---|
| In Re: Gabriel T. Kean<br>Keri J. Kean<br>Debtor(s)<br><br>SSN/TAX ID:<br>xxx−xx−5407<br>xxx−xx−4115 | Case No.: 2:20−bk−50405<br><br>Chapter: 13<br><br>Judge: C. Kathryn Preston |

## ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On May 11, 2020, KEMBA Financial Credit Union, Inc. ("Movant") filed a motion (Doc. 34) seeking relief from the automatic stay imposed by 11 U.S.C. § 362.

Service and notice of the motion were made pursuant to Local Bankruptcy Rules 4001−1 and 9013−3, and either (a) no response(s) has been filed, or (b) the response(s) filed failed to state sufficient reason why the motion should not be granted.

Therefore, under the authority granted by Local Bankruptcy Rules 4001−1 and 9013−3, Movant is hereby granted relief from the automatic stay imposed by 11 U.S.C. § 362 to pursue its in rem remedies under non−bankruptcy law regarding the collateral described in the motion.

Movant is not granted relief from stay to pursue or initiate any collection action against the Debtor(s) personally. Nothing in this Order shall be construed to permit the Movant, its successors or assigns to proceed in personam against the Debtor(s). The Movant shall not initiate any proceeding against the Debtor(s) personally, nor shall any personal judgment be entered against the Debtor(s), nor shall Movant pursue collection activities against the Debtor(s) other than as specifically authorized herein.

**IT IS SO ORDERED.**

**Dated: June 5, 2020**

Copies To:

Default List

_____
C. Kathryn Preston
United States Bankruptcy Judge